UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDALL D. KNOWLES,<br><br>    Petitioner,<br><br>    v.<br><br>DONALD HOLBROOK,<br><br>    Respondent. | CASE NO.   C11-1930-JCC-MAT<br><br>ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL |

This is a federal habeas action filed under 28 U.S.C. § 2254.  This matter comes before the Court at the present time on petitioner's motion for appointment of counsel.  The Court, having reviewed petitioner's motion, and the balance of the record, does hereby find and ORDER as follows:

(1)   Petitioner's motion for appointment of counsel (Dkt. No. 11) is DENIED. There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required.  *See Terravona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988); *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992); and Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts.  The Court may exercise its discretion

ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL
PAGE - 1

to appoint counsel for a financially eligible individual where the "interests of justice so require." 18 U.S.C. § 3006A. However, petitioner fails to demonstrate that the interests of justice are best served by appointment of counsel in this matter at the present time.

(2) The Clerk shall direct copies of this Order to petitioner, to counsel for respondent, and to the Honorable John C. Coughenour.

DATED this <u>12th</u> day of April, 2012.

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL
PAGE - 2